# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

IBRAHIM FAISAL,         *
                          *
    Petitioner,       *     CIVIL ACTION NO.: 5:17-cv-73
                          *
    v.                 *
                          *
PATRICK GARTLAND,     *
                          *
    Respondent.       *

## ORDER

Presently before the Court is the Magistrate Judge's August 29, 2017, Report and Recommendation, dkt. no. 9, to which Petitioner Ibrahim Faisal ("Faisal") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES as moot** Faisal's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Faisal leave to appeal *in forma pauperis*.

AO 72A
(Rev. 8/82)

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case

**SO ORDERED**, this 23 day of October, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA